FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN ∆ 8 2005

LUTHER D. THOMAS, Clerk

By _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IPCO, LLC, | : | |
| | : | |
| **Plaintiff** | : | Civil Action No. 1-05-cv-1182-CC |
| | : | |
| vs. | : | Judge Clarence Cooper |
| | : | |
| ELSTER ELECTRICITY, LLC, | : | |
| | : | |
| **Defendant** | : | |

CC

## [~~PROPOSED~~] ORDER GRANTING
## DEFENDANT'S MOTION TO CONSOLIDATE

Upon consideration of Defendant's Motion to Consolidate, the Court hereby

GRANTS the motion. The present action, civil action 1:05-cv-1182-CC, will be

consolidated with prior pending civil action 1:05-cv-1138-CC.

SO ORDERED.

Dated:   June 8, 2005

_____
Honorable Clarence Cooper
United States District Judge

ATLANTA 450892v1

1